IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

DENISE WASCHICK-PLISKIE,

                          Plaintiff,

            v.                                                           ORDER

CAROLYN W. COLVIN,                                              16-cv-087-jdp
Acting Commissioner of Social Security,

                          Defendant.

_____

Plaintiff Denise Waschick-Pliskie filed a complaint seeking judicial review of a final decision of defendant Carolyn Colvin, Acting Commissioner of Social Security. Dkt. 1. After the case got underway, plaintiff's counsel moved to withdraw, stating that his client had stopped communicating with him. Dkt. 11. The court directed plaintiff's counsel to renew his efforts to contact plaintiff, but those efforts eventually proved unsuccessful. Dkt. 13. Thus, the court granted counsel's motion to withdraw and gave plaintiff until July 8, 2016, to file a brief on the merits of her case. Dkt. 14. The court indicated that if plaintiff failed to meet this deadline, then her case would be dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). *Id.* at 2. The deadline for plaintiff's brief has now passed without any word from plaintiff.

Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice for plaintiff Denise Waschick-Plisckie's failure to prosecute it.

Entered July 12, 2016.

                                        BY THE COURT:
                                        /s/

                                        _____
                                        JAMES D. PETERSON
                                        District Judge